JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT - EASTERN DIVISION

| | |
|---|---|
| ROMONA LAWSONHALEY, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>AMTRUST FINANCIAL SERVICES, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | **Case No.: 8:20-cv-01578-CJC-JDEx**<br><br>(Orange County Superior Court Case No.: 30-2020-01142413-CU-WT-CJC)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: May 26, 2020 |

ORDER

The Parties having stipulated, IT IS HEREBY ORDERED that the entire action be dismissed with prejudice.

DATED: July 1, 2021

                                        /s/ Cormac J. Carney
The Honorable CORMAC J. CARNEY
United States District Judge